# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 07, 2010

Amy Adelson
Dershowitz, Elger & Adelson, PC
220 Fifth Avenue
Suite 300
New York, NY 10001

Thomas F. Allgood Jr.
Allgood & Mehrhof
PO BOX 1523
AUGUSTA, GA 30903-1523

Nathan Z. Dershowitz
Dershowitz, Eiger & Adelson, P.C.
220 5TH AVE RM 300
NEW YORK, NY 10001-7708

Appeal Number: 10-10496-C
Case Style: Charles Walker, Sr. v. USA
District Court Docket No: 1:09-cv-00036-WTM
Secondary Case Number: 1:04-cr-00059-DHB-1

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Also enclosed is the record on appeal, which consists of: 1 Volume Pleading

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Gerald Frost
Phone #: (404) 335-6182

MOT-2 Notice of Court Action